

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EMO TRANS, INC., | § | No. 08-20-00200-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| INMOBILIARIA AXIAL, S.A. DE C.V., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV3980) |
| | § | |
| | § | |

**O R D E R**

Appellant EMO Trans, Inc., has filed an emergency motion for a stay of all proceedings in Cause No. 2019DCV3980 in the 41st District Court pending resolution of this interlocutory appeal. The motion is GRANTED. All proceedings in Cause No. 2019DCV3980 are stayed pending resolution of this interlocutory appeal or further order of this Court.

IT IS SO ORDERED this 29th day of October, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.